Case 4:23-cv-01604 Document 1 Filed on 05/01/23 in TXSD Page 1 of 9

United States Courts
Southern District of Texas
FILED

MAY 01 2023

Nathan Ochsner, Clerk of Court

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 04/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Houston__ DIVISION

Plaintiff's Name and ID Number: __Angel Dawn White SPN#02297555__

Place of Confinement: __Harris County Jail  Cell: JA09-4NIT__
__1200 Baker St__
__Houston, TX__
__77002-1206__

v.

CASE NO._____
(Clerk will assign the number)

Defendant's Name and Address: __Harris County Jail / 1200 Baker St, Houston, TX 77002-1206__

Defendant's Name and Address: __Pod Deputy MS. Sheppard  1200 Baker St. Houston, TX 77002-1206__

Defendant's Name and Address (DO NOT USE "ET AL."): __Harris County Sheriffs Office (HCSO)  1200 Baker St, Houston, TX 77002__

INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of $402.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
       1. Approximate date of filing lawsuit: _____
       2. Parties to previous lawsuit:
          Plaintiff(s) _____
          Defendant(s) _____
       3. Court: (If federal, name the district; if state, name the county.) _____
       4. Cause number: _____
       5. Name of judge to whom case was assigned: _____
       6. Disposition: (Was the case dismissed, appealed, still pending?) _____
       7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: *Harris County Jail*

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Angel Dawn White SPN#02297555 1200 Baker Street Cell: JA09-4N1T, Houston, Texas 77002-1206

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Harris County Jail - 1200 Baker St., Houston, TX 77002-1206

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. They ignored my complaints and grievances.

Defendant #2: Pod Deputy Ms. Sheppard, Harris County Jail at 1200 Baker St., Houston, TX 77002

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. She violated Prisoner Civil Rights §7.2 and §7.3

Defendant #3: Harris County Sheriffs Office (HCSO) 1200 Baker St., Houston, TX 77002

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. I Exhausted remedies and was being refused meals

Defendant #4: Leutenant J. Wheeler of "A-Team", Harris County Jail at 1200 Baker St., Houston, TX 77002

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. He is above the pod deputy and neglected to address it.

Defendant #5: Texas Jail Commission on Standards: Complaint Inspector - P.O. Box 12985, Austin, TX 78711

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. They never followed up for weeks ongoing grieving.

V. STATEMENT OF CLAIM:

3

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I was denied my regular meal tray. Another inmate had to yell and grieve it as well. Pod Deputy Ms. Sheppard gave out "Extras for Ramadan Only" before I received my meal tray. She did this days in a row. Ramadan Fast as Muslims from sun up to sun down and get huge breakfasts and dinners that we Christians don't get. They don't have Easter or LENT fasting meals for Christians or Catholics. Leutenant J. Wheeler of "A-Team" is above Pod Deputy Ms. Sheppard. I exhausted grievances without a followup. See attached additional Exhibit Continuance for further details.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like them to change their discriminatory system and monetary and punitive damages of $525,000.00

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Angel Dawn White, Angel Dawn Oxford

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

SPN # 02297555

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___ YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ___
2. Case number: ___
3. Approximate date sanctions were imposed: ___
4. Have the sanctions been lifted or otherwise satisfied?   ___ YES  ___ NO

4

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date warning was issued: _____

Executed on: 4-24-23
DATE

*Angel White*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  24  day of April , 20 23 .
          (Day)              (month)            (year)

*Angel White*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

Attachments Ref #0232028/78     Wednesday April 12, 2023

(1 of 3)

Attn: Sergeant Villaloboz,

I want to grieve Housing Pod Deputy Ms. Sheppard around 5:30pm-6pm. She purposefully tried to starve and refuse to give inmate Angel White her meal tray. Angel White #02297555. I was standing by the vestibule door yelling, pointing, and saying "She didn't get her tray! What are you doing?" Pod Deputy Ms. Sheppard ignored me and inmate Angel White as she had our t-cards infront of her to verify. She spitefully and vindictively handed out 3 or more "extra trays for Ramadan people only" quote on quote as I was still yelling at her until she gave Angel White her meal tray. Then Sheppard handed out well over 7+ trays of "Extra Meals only for people who where on Ramadan." She gave them our regulare trays! Thats Religious discrimination, Racist, And Im Reporting it! Ramadan gets huge breakfasts befor Sun up, Supposed to "Fast" until Sundown and

Attachments
(2 of 3)

# Food Chart for Breakfast

| Regular trays | Ramadan trays |
|---|---|
| 2-slices of boloyna | 2- XL Bags of Cereal |
| 2-slices of White Bread | 6- Boxes of RAsians |
| 1- Apple | 4- Containers of Jiff Peanut Butter |
| 1- 2% milk "pint" | 4-slices of White Bread |
|  | 4- Jellies |
|  | 24 Butters Contaners |
|  | 4-Bags of Lunch meat w/ 4 slices in EAch |
|  | 4-6 slices of Cheese "American" |
|  | 2-Bags of mayonaise |
|  | 4- mustard packs |
|  | 1- milk |
|  | 4- Cookies |
|  | 2- muffins, @ |
|  | 1- bag chips |
|  | 1- bag baby carrots w/Ranch |

Well There's the Stats on that!

Thats an individual they each get per meal on Top of extra meal trays during "Fast"! This is Favoritism, This is a known, allowed Continuous acts of misery, misstreating, Racism, Religious Persecution and hardship.

Attachments
3 of 3

Religious discrimination hate Crime, in humanity, etc. MS Sheppard is of African Descent and Violates Ramadan to Shaw Favoritism to Muslims and hate to Christians. Forwarding to other Authorities! Sincerely,

Miss Kelly E. Slayton spn #03078865
Harris Co. Jail - 1200 Baker St. Cell: JA09-4N5
Houston, TX 77002-1206

Mrs. Angel D. White spn #02297555
Harris Co. Jail - 1200 Baker St. Cell T-JA09

| Date | Type | Reference # |
|---|---|---|
| 4-10-23 | Kitchen | 23-2002578 |
| 4-23-23 | GRV | 23-0232628178 |
| 4-23-23 | GRV | 49930-1200 Housing |

US POSTAGE PITNEY BOWES
ZIP 77002 $ 001.08⁰
02 4W
0000368784 APR 27 2023

United States Courts
Southern District of Texas
FILED

MAY 01 2023

Nathan Ochsner, Clerk of Court

Nathan Ochsner
Clerk of Court
P.O. Box 6010
Houston Tx 77208-1010

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name Angel White
SPN 02297555  Cell 4N2
Street 1200 Baker St
HOUSTON, TEXAS 77002

Keefe Commissary Network

(LEGAL MAIL)

**INDIGENT**